JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT CHARLES TILLITZ,<br><br>    Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | NO.  CR05-5144RJB<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE RESPONSE TO GOVERNMENT'S MOTION TO DISMISS PETITIONER FOR WRIT OF ERROR AUDITA QUERELA |

Upon motion of the petitioner Robert C. Tillitz to continue the due date for his response to the government's motion to dismiss, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that petitioner's response shall be due September 9, 2005; with a government's reply due date of September 23, 2005.

DONE this 30th day of June, 2005.

*Robert J. Bryan* (signature)
Robert J. Bryan
U.S. District Judge

_____
JUDGE ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

Presented By:

ORDER GRANTING STIPULATED MOTION
TO CONTINUE RESPONSE DUE DATE            1
CV05-5144RJB

FEDERAL PUBLIC DEFENDER
1331 Broadway, Ste. 400
Tacoma, Washington  98402
(253) 593-6710

1

2 /s/ *Russell V. Leonard*            /s/ *Helen Brunner*
Russell V. Leonard                 Helen Brunner
Attorney for Petitioner           Assistant U.S. Attorney

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STIPULATED MOTION         **FEDERAL PUBLIC DEFENDER**
TO CONTINUE RESPONSE DUE DATE      2         **1331 Broadway, Ste. 400**
CV05-5144RJB                                              **Tacoma, Washington  98402**
                                                                                    **(253) 593-6710**